### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY FUNDS,

     Plaintiff,

vs.                                  Case No. 17-cv-1088-DRH

JAIME RUIZ, individually and d/b/a J R
CONSTRUCTION and J. RUIZ
CONSTRUCTION,

     Defendant.

## DEFAULT JUDGMENT

This matter comes before the Court on a Motion for Entry of Default Judgment. The Court, being fully advised in the premises, finds that a Complaint was filed on October 10, 2018, and that defendant, Jaime Ruiz, individually and d/b/a J R Construction and J. Ruiz Construction, was personally served on October 16, 2017. On January 2, 2018, Defendant was found to be in default, and therefore the plaintiff is entitled to Judgment.

**THEREFORE, IT IS ORDERED** that Judgment shall be entered in favor of the plaintiff, Trustees of Central Laborers' Pension, Welfare & Annuity Funds, and against the defendant, Jaime Ruiz, individually and d/b/a J R Construction and J. Ruiz Construction, in the amount of **Thirteen Thousand Six Hundred Ninety Three Dollars and Thirty Seven Cents ($13,693.37)**, plus **One Thousand Sixty Two Dollars and Fifty Cents ($1,062.50)** in attorney fees and Court costs for a

Total Judgment of **Fourteen Thousand Seven Hundred Fifty Five Dollars and Eighty Seven Cents ($14,755.87).**

      **IT IS SO ORDERED.**

Judge Herndon
2018.03.31
14:14:08 -05'00'

**United States District Judge**